US DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FILED

MAY 0 1 2024

Ronald E. Dowling
By_____
Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Case No. 5:24-cr-50015-001 |
| | ) | |
| **v.** | ) | |
| | ) | 18 U.S.C. §1466A(a)(1) |
| | ) | 18 U.S.C. §1466A(d)(4) |
| | ) | 18 U.S.C. § 2252A(a)(5)(B) |
| | ) | 18 U.S.C. § 2252A(b)(1) |
| **EDWARD BRENT WONNACOTT** | ) | 18 U.S.C. § 2252A(b)(2) |

## UNSEALED INDICTMENT

The Grand Jury charges:

### COUNT ONE
(Production of Child Obscenity)

On or about October 12, 2020, in the Western District of Arkansas, Fayetteville Division, the Defendant, **EDWARD BRENT WONNACOTT**, knowingly produced a visual depiction, identified by filename "IMG_2797.MOV.964.Still004.psd," that depicted a minor, Jane Doe, engaging in sexually explicit conduct and which is obscene, and the visual depiction was produced using materials that had been mailed or that had been shipped or transported in interstate or foreign commerce by any means, including by computer, and attempted to do so.

All in violation of Title 18, United States Code, Sections 1466A(a)(1), 1466A(d)(4), and 2252A(b)(1).

### COUNT TWO
(Possession of Child Pornography)

On or about August 16, 2023, in the Western District of Arkansas, Fayetteville Division, the Defendant, **EDWARD BRENT WONNACOTT**, knowingly possessed material that

1

contained images of child pornography, as that term is defined in Title 18, United States Code, Section 2256(8)(B), including images of minors under the age of 12, that had been mailed, and shipped and transported in interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, and shipped and transported in or affecting interstate and foreign commerce by any means, including by computer, and attempted to do so, namely, one or more of the following items:

(3) 480 GB Solid State External drives (SSD)

Seagate 1TB external hard drive

Toshiba 1TB external hard drive

Apple iPhone XS Max.

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

## FORFEITURE ALLEGATION

1.      The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 2253.

2.      Pursuant to Title 18, United States Code, Section 2253, upon conviction of an offense in violation of Title 18, United States Code, Section 2252A, the Defendant, **EDWARD BRENT WONNACOTT,** shall forfeit to the United States of America:

a.      any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, or 2252, 2252A, 2252B, or 2260, or any book, magazine, periodical, film, videotape, or other matter, which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

2

b.    any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense in the Indictment; and

c.    any property, real or personal, used or intended to be used to commit or to promote the commission of the offense in the Indictment.

The property to be forfeited includes, but is not limited to, the following: any and all computer equipment OR cellular device.

3.    If any of the property described above, as a result of any act or omission of the Defendant:

a.    cannot be located upon the exercise of due diligence;

b.    has been transferred or sold to, or deposited with, a third party;

c.    has been placed beyond the jurisdiction of the Court;

d.    has been substantially diminished in value; or

e.    has been commingled with other property which cannot be subdivided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b) and by Title 28, United States Code, Section 2461(c).

A True Bill.

DAVID CLAY FOWLKES
UNITED STATES ATTORNEY

*/s/ Grand Jury Foreperson*    By:
Grand Jury Foreperson

Devon Still
Assistant U. S. Attorney
Arkansas Bar No. 2005257
414 Parker Avenue
Fort Smith, AR 72901
Telephone: 479-494-4058
E-mail: devon.still@usdoj.gov

3